RANDERSON v. BALL et al. (Circuit Court of Appeals, First Circuit. January 14, 1902.) No. 414. Appeal from the District Court of the United States for the District of Rhode Island. In Admiralty. Suit for towage services and cross libel for damages. For opinion below, see 111 Fed. 212. Worthington Frothingham (Adoniram J. Cushing, on the brief), for appellant. Frank Healy (Archibald C. Matteson, on the brief), for appellees. Before COLT, Circuit Judge, and WEBB and ALDRICH, District Judges.

PER CURIAM. In this case we are all of opinion that there is no ground for disturbing either the rulings or the findings of the court below, and

therefore the decree of that court should be affirmed. The decree of the district court is affirmed, with interest, and the costs of appeal are awarded to the appellees.